## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Anita Ginski

                              Plaintiff,

v.                                                       Case No.: 1:23−cv−16402

                                                                           Honorable Mary M. Rowland

Ethos Seafood Group, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: In person status hearing held on Defendants' motion for reconsideration [44]. Defendants' motion is granted. Defendants' briefing on the motion to reconsider makes it clear that Plaintiff received, reviewed, and signed the employee handbook, including the binding mutual arbitration agreement. See [45−1] at PageID # 315, 353. The parties are thus bound to arbitrate the claims at issue in this case. The parties are to file a status report with the court by 12/16/2024 regarding their request that the matter be dismissed as opposed to the court staying the matter pending the outcome of the arbitration. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.