**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANITA GINSKI, individually and on behalf of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>ETHOS SEAFOOD GROUP, LLC, a Delaware limited liability company, SEAFOOD GROCERY GROUP, INC., a California corporation, and SANTA MONICA SEAFOOD COMPANY, a California corporation,<br><br>*Defendants*. | Case No. 1:23-cv-16402<br><br>Hon. Mary M. Rowland |

## JOINT STATUS REPORT

As directed by the Court's March 19, 2025 Minute Order (Dkt. 55), Plaintiff Anita Ginski ("Plaintiff") and Defendants Ethos Seafood Group, LLC, Seafood Grocery Group, Inc., and Santa Monica Seafood Company (collectively, the "Defendants") submit the following Joint Status Report:

1. On November 25, 2024, the Court granted Defendants' Motion for Reconsideration (Dkt. 44) pertaining to the Court's prior denial of Defendants' Motion to Compel Arbitration (Dkt. 17).

2. On December 17, 2024, the Court stayed this action pending resolution of arbitration (Dkt. 52).

3. The Parties have reached an agreement in principle as to a settlement that resolves this matter in its entirety.

4. The Parties have also agreed to the wording of the settlement agreement but need

additional time to finalize the execution of the agreement.

     5.     The parties anticipate filing the stipulation of dismissal within two (2) weeks.

Dated: April 18, 2025                          Respectfully submitted,

| ANITA GINSKI, individually and on behalf of all similarly situated individuals | ETHOS SEAFOOD GROUP, LLC, SEAFOOD GROCERY GROUP, INC., and SANTA MONICA SEAFOOD COMPANY, |
|---|---|
| By: /s/ Andrew T. Heldut | By: /s/ Melissa A. Siebert |
| Paul T. Geske<br>Andrew T. Heldut<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>pgeske@mcgpc.com<br>aheldut@mcgpc.com | Melissa A. Siebert<br>Christopher S. Hennessy<br>COZEN O'CONNOR<br>123 N. Wacker Drive Suite 1800<br>Chicago, IL 60606<br>Tel: (312) 474-7900<br>msiebert@cozen.com<br>chennessy@cozen.com |
| *Counsel for Plaintiff and the Putative Class* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify, that on April 18, 2025, I caused the foregoing *Joint Status Report* to be electronically filed using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Andrew T. Heldut