## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anita Ginski

                              Plaintiff,

v.                                                            Case No.: 1:23−cv−16402

                                                                       Honorable Mary M. Rowland

Ethos Seafood Group, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' status report [56]. The parties have reached a settlement agreement in principle and have agreed to the wording of the settlement but need additional time to finalize the execution of the agreement. The parties are to file a stipulation of dismissal or status report with the Court by 5/5/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.