# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANITA GINSKI, individually and on behalf of similarly situated individuals, | ) ) ) |
| *Plaintiff*, | ) ) ) Case No. 1:23-cv-16402 |
| v. | ) ) |
| ETHOS SEAFOOD GROUP, LLC, a Delaware limited liability company, SEAFOOD GROCERY GROUP, INC., a California corporation, and SANTA MONICA SEAFOOD COMPANY, a California corporation, | ) Hon. Mary M. Rowland ) ) ) ) ) ) ) |
| *Defendants*. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Anita Ginski and Defendants Ethos Seafood Group, LLC, Seafood Grocery Group, Inc., and Santa Monica Seafood Company, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice as to Plaintiff's claims against Defendants and without prejudice as to the claims of the putative class members, with each Party to bear their own costs.

IT IS SO STIPULATED.

| PLAINTIFF ANITA GINSKI | DEFENDANTS ETHOS SEAFOOD GROUP, LLC, SEAFOOD GROCERY GROUP, INC., AND SANTA MONICA SEAFOOD COMPANY |
|---|---|
| By: /s/ *Andrew T. Heldut* <br> *One of her attorneys* | By: /s/ *Melissa A. Siebert* <br> *One of their attorneys* |
| Paul T. Geske <br> Andrew T. Heldut | Melissa A. Siebert (6210154) <br> Christopher S. Hennessy (6237293) |

1

| | |
|---|---|
| MCGUIRE LAW, P.C. | COZEN O'CONNOR |
| 55 W. Wacker Drive, 9th Fl. | 123 N. Wacker Drive Suite 1800 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| Tel: (312) 893-7002 | Tel: (312) 474-7900 |
| pgeske@mcgpc.com | msiebert@cozen.com |
| aheldut@mcgpc.com | chennessy@cozen.com |

3

## **CERTIFICATE OF SERVICE**

I, Andrew Heldut, an attorney, hereby certify that on May 2, 2025, I electronically filed the foregoing *Stipulation of Dismissal* via the Court's ECF system. An electronic copy will be electronically transmitted to all counsel of record.

/s/ Andrew T. Heldut