## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anita Ginski
                                Plaintiff,

v.                                                     Case No.: 1:23−cv−16402
                                                             Honorable Mary M. Rowland

Ethos Seafood Group, LLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation of dismissal [58], this action is dismissed with prejudice as to Plaintiff Ginski's claims against Defendants and without prejudice as to the claims of the putative class. Each party to bear their own costs. All pending deadlines are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.